IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONNIE BRIGGS, | No. C 17-1050 WHA (PR) |
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | |
| ARRON BAKER, | (Dkt No. 5) |
| Defendant. | |

This is a civil rights action filed under 42 U.S.C. 1983 by a jail inmate proceeding pro se. On March 15, 2017, the order of reassignment was mailed to plaintiff at the address he provided on his complaint. On April 3, 2017, the order was returned by the postal service as undeliverable because plaintiff was not located at the address he provided. Plaintiff has not notified the clerk of his current address. Pursuant to Local Rule 3-11(b) — requiring parties to keep the court informed of their current mailing address and stating that the failure to do so within sixty days of the return of mail as undeliverable will result in dismissal of their case without prejudice — this case is **DISMISSED** without prejudice. *See also* Fed. R. Civ. P. 41(b).

The Clerk shall enter judgment and close the file.

IT IS SO ORDERED.

Dated: June   15  , 2017.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE